# ST. LOUIS CITY POLICE DEPARTMENT PHOTO LINEUP

Case# 13-110048205  Viewed By: 

Detective: MAYER 6970  Date/Time:  /  /  :  am

Comments:


Photo #1


Photo #2


Photo #3


Photo #4


Photo #5


Photo #6

Save Page  Reset

Photo Lineup

EXHIBIT A